UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Troy K. Scheffler,  File No. 19-cv-01080 (ECT/LIB)

    Plaintiff,

v.  **ORDER OF DISMISSAL WITH PREJUDICE**

Mercantile Adjustment Bureau, LLC,

    Defendant.

---

Pursuant to the Stipulation for Dismissal with Prejudice [ECF No. 17], entered into by Plaintiff and Defendant,

**IT IS ORDERED** that the above-captioned action is hereby DISMISSED with prejudice in its entirety with each party to bear its own costs and attorney fees in connection with such claims.

Dated: November 8, 2019      s/ Eric C. Tostrud
    Eric C. Tostrud
    United States District Court